UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY C TANNER,

        Petitioner,

   v.

KENNETH QUINN,

        Respondent.

Case No.  C08-5233RBL/JKA

INFORMATIONAL ORDER

    This habeas corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.  Before the court is petitioner's letter asking why this action is before the United States District Court in Tacoma and not the United States District Court in Seattle (Dkt. # 4).  Petitioner alleges he has other cases before the Seattle court.

    Plaintiff is challenging a Peirce County Superior Court conviction.  This court has jurisdiction to entertain a habeas corpus pettion from a Pierce County criminal conviction.  The Tacoma federal courthouse is the proper place for this action.

    Procedurally, plaintiff has moved for *in forma pauperis* status.  He has provided all the needed

ORDER
Page - 1

1  information except for a filled out written consent form.  Petitioner has until May 26, 2008 to provide the
2  filled out written consent form (Dkt. # 2).
3         The Clerk is directed to mail a copy of this Order to plaintiff.
4
5         DATED this 13th day of May, 2008.
6
7                           */s/ J. Kelley Arnold*_____
                            J. Kelley Arnold
8                           United States Magistrate Judge