UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY TANNER,

        Petitioner,

    v.

KENNETH QUINN,

        Respondent.

Case No. C08-5233RBL/JKA

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner will not be granted *in forma pauperis* status**.**  Petitioner has thirty days from entry of this order to pay the $5.00 Dollar filing fee.  **If no fee is received the clerk's office is directed to dismiss this action without prejudice.**

(3)    The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Kelley Arnold.

DATED this 27th day of June, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1