UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY C. TANNER,

    Petitioner,

v.

KENNETH QUINN.,

    Respondent.

Case No. C08-5233RBL/JKA

ORDER TO PROVIDE SERVICE DOCUMENTS

This Habeas Corpus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Petitioner has provided no service copies. Petitioner will have until **October 17, 2008**, to provide a copies of the petition and all exhibits or attachments to the petition. The copies must be identical to the original filings.

The clerk's office is directed to send a copy of this order to plaintiff and place the **October 17, 2008,** due date on the court's calendar. Failure to comply with this order will result in a Report and Recommendation that this petition be dismissed for failure to prosecute.

DATED this 15 day of September, 2008.

                /S/ *J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge

ORDER
Page - 1