UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY TANNER,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No. C08-5233RBL/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This petition is **DISMISSED WITHOUT PREJUDICE** for failure to provide service copies and failure to prosecute the action.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Kelley Arnold.

DATED this 17th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1