AO 450 (Rev. 5/85) Judgment in a Civil Case ⊚

# United States District Court

WESTERN DISTRICT OF WASHINGTON

GARY TANNER

        v.

KENNETH QUINN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5233RBL/JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This petition is **DISMISSED WITHOUT PREJUDICE** for failure to provide service copies and failure to prosecute the action.

| | |
|---|---|
|   November 19, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |